UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
HUAXINTONG INTERNATIONAL INVESTMENT                               :
MANAGEMENT LIMITED, *et al.*,                                     :
                                                                  :
                Petitioners,            :
                                                                  :   24 Civ. 8003 (JPC)
   -v-                                                      :
                                                                  :   ORDER
                                                                  :
HONGKUN USA INVESTMENT LLC, *et al.*,                             :
                                                                  :
                Respondents.            :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

      On October 21, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ordered that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by November 21, 2024. Respondents' opposition, if any, is due on December 13, 2024. Petitioners' reply, if any, is due December 20, 2024.

      Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents electronically and by overnight mail no later than November 21, 2024, and shall file an affidavit of such service with the court no later than November 22, 2024.

      SO ORDERED.

Dated: October 25, 2024
       New York, New York
                                                                                       JOHN P. CRONAN
                                                            United States District Judge