**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
HUAXINTONG INTERNATIONAL
INVESTMENT MANAGEMENT LIMITED and
NEW ASIA (CHINA) INTERNATIONAL
GROUP COMPANY LIMITED,

                         Plaintiffs,

      -against-                                            24 **CIVIL** 8003 (JPC)

                                                                   **<u>JUDGMENT</u>**

HONGKUN USA INVESTMENT LLC and
HONGKUN USA REAL ESTATE HOLDINGS
LLC,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 1, 2025, the Petition is granted and the Court has confirmed the Original Award of the HKIAC, as modified by the Corrected Award, in its entirety. Judgment is entered in favor of Petitioners, with Respondents jointly and severally liable, as follows: judgment against Respondents in favor of New Asia in the amount of $3,985,610.96, with an additional daily sum of $3,857.76 running from October 30, 2020, until the full amount of the February 2019 Loan is repaid; judgment against Respondents in favor of Huaxintong in the amount of $6,389,315.07, with an additional daily sum of $6,221.53 running from October 18, 2020, until the full amount of the April 2019 Loan is repaid; judgment against Respondents in favor of Huaxintong in the amount of $5,356,164.38, with an additional daily sum of $5,282.79 running from October 5, 2019, until the full amount of the May 2019 Loan is repaid; and judgment against Respondents in favor of Huaxintong in the amount of

$2,133,698.63, with an additional daily sum of $2,104.47 running from June 1, 2020, until the full amount of the January 2020 Loan is repaid; accordingly, the case is closed.

**Dated:** New York, New York

    August 1, 2025

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**